**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-7841

———————

SAVINO BRAXTON,

Petitioner - Appellant,

versus

STATE OF MARYLAND,

Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-98-3386-JFM)

———————

Submitted:  February 9, 1999          Decided:  March 30, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Savino Braxton, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Savino Braxton seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), and orders denying his motions for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error or abuse of discretion. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Braxton v. Maryland, No. CA-98-3386-JFM (D. Md. Oct. 22, Nov. 18, & Dec. 7, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] One of the orders from which Braxton appeals was filed on December 4, 1998, and entered on the district court's docket on December 7, 1998, in accordance with Fed. R. Civ. P. 58 and 79(a). See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).